# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| EMILY BEHLING, | : |
| Plaintiff, | : |
| v. | : Case No. |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | : |
| Defendant. | : |

## [PLAINTIFF'S PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY CHARLES WEINER *PRO HAC VICE*

Upon consideration of Plaintiff's Motion for Admission *Pro Hac Vice* of Attorney Charles Weiner, this _____ day of _____ hereby ORDERED that the Motion is GRANTED.

DATED: _____          _____
                                  United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EMILY BEHLING, | : |
| Plaintiff, | : |
| v. | : Case No. |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | : |
| Defendant. | : |

**MOTION FOR ADMISSION OF CHARLES WEINER *PRO HAC VICE*** 

Pursuant to Local Rule 83.1(d), the undersigned counsel for Plaintiff, Emily Behling hereby respectfully moves the Court to permit Charles Weiner, Esq. to be admitted to practice *pro hac vice*, for all purposes, in this action.  The Affidavit of Charles Weiner, Esq. ("Attorney Weiner") in support of this motion is attached hereto as Exhibit A.

The attached affidavit of Attorney Weiner sets forth the following facts:

1. Attorney Weiner is a principal of the Law Office of Charles Weiner, Cambria Corporate Center, 501 Cambria Avenue, Bensalem, Pennsylvania 19020.  His telephone number is (267) 685-6311, and his fax number is (215) 604-1507.  His email address is charles@charlesweinerlaw.com.

2. Attorney Weiner is a member in good standing of the Bar of the Commonwealth of Pennsylvania, where he was admitted in 1988. His bar identification number for Pennsylvania is 52926. Attorney Weiner is a member in good standing of the Bar of the State of New York, where he was admitted in 2016. His bar identification number for New York is 5445275.

Attorney Weiner is also a member of good standing of the Bar of the United States Court of Appeals for the Third Circuit, where he was admitted in 2008; the United States Court of Appeals for the Sixth Circuit, where he was admitted in 2019; the United States District Court for the Eastern District of Pennsylvania, where he was admitted in 2005; and the United States District Court for the Middle District of Pennsylvania, where he was admitted in 2016. Upon admission, he will promptly file, or cause to be filed, with the Clerk of the Court a certificate of good standing from the court of the state in which he has his primary office.

3. Attorney Weiner has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

4. Attorney Weiner has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

5. Attorney Weiner has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. Attorney Weiner designates the undersigned and his office, O'Brien Law, 202 West Center Street, Manchester, CT 06040, telephone number (860) 646-3500 as his agent for service of process, and designates the District of Connecticut as the forum for the resolution of any dispute arising out of his admission.

7. There are no scheduling orders currently entered in this matter. Accordingly, the granting of this Motion will not require modification of any scheduling order entered by this Court pursuant to Federal Rule of Civil Procedure 16(b) or the deadlines established by the standing order on scheduling in civil cases.

8.	There is good cause for Attorney Weiner's admission *pro hac vice* in that Attorney Weiner has an attorney-client relationship with Ms. Behling that pre-dates this litigation. Attorney Weiner is an experienced disability rights attorney who has represented clients throughout the country with similar claims to Emily Behling. Accordingly, Ms. Behling has requested that Attorney Weiner participate in her representation in this matter.

9.	The requisite fee of $75.00 has been submitted herewith.

WHEREFORE, based on the foregoing, the undersigned respectfully moves that Attorney Weiner be admitted, *pro hac vice*.

Respectfully submitted,
/s/
Kevin M. O'Brien, Esquire
O'Brien Law
202 West Center Street
Manchester, CT 06040
Tel: (860) 646-3500
Fax: (860) 643-6292
kmobrien@obrienlawct.com

EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EMILY BEHLING, | : |
| Plaintiff, | : |
| v. | : Case No. |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | : |
| Defendant. | : |

**AFFIDAVIT**

COMMONWEALTH OF PENNSYLVANIA    )
                                ) ss:
COUNTY OF BUCKS                 )

The undersigned, Charles Weiner, Esq. being duly sworn, hereby deposes and says:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I make this Affidavit based on personal knowledge of the facts stated herein.

3. I submit this Affidavit, pursuant to Local Rule 83.1(d), in support of the motion for my admission *pro hac vice* in the above-entitled action.

4. I am a principal with the Law Office of Charles Weiner, Cambria Corporate Center, 501 Cambria Avenue, Bensalem, Pennsylvania 19020. My telephone number is (267) 685-6311, and my fax number is (215) 1507. My email address is charles@charlesweinerlaw.com.

5. I am a member in good standing of the Bar of the Commonwealth of Pennsylvania, where I was admitted in 1988. My bar identification number for the Bar of

Pennsylvania is 52926. I am also a member in good standing of the Bar of the State of New York, where I was admitted in 2016. My bar identification number for New York is 5445275. I am also a member of good standing of the Bar of the United States Court of Appeals for the Third Circuit, where I was admitted in 2008; the United States Court of Appeals for the Sixth Circuit, where I was admitted in 2019; the United States District Court for the Eastern District of Pennsylvania, where I was admitted in 2005; and the United States District Court for the Middle District of Pennsylvania, where I was admitted in 2016. Upon admission, I will promptly file, or cause to be filed, with the Clerk of the Court a certificate of good standing from the court of the state in which I have my primary office.

6. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

7. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

8. I have fully reviewed and am familiar with the Federal Rules of Civil, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

9. I designate Attorney Kevin M. O'Brien, a member of the bar of this Court, and his office, O'Brien Law, 202 West Center Street, Manchester, CT 06040, telephone number (860) 646-3500, as my agent for service of process. I further designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

10. My client, Emily Behling desires my representation in this case in light of our attorney-client relationship, as well as my knowledge and experience as a disability rights

attorney who has represented clients throughout the country with similar claims to Ms. Behling.

Accordingly, Ms. Behling has requested that I participate in her representation in this matter.

*Charles Weiner*

Sworn to before me this 22nd day of October, 2019

Notary Public
My Commission Expires:

> Commonwealth of Pennsylvania - Notary Seal
> JAMES MICHAEL O'BRIEN - Notary Public
> Bucks County
> My Commission Expires Jun 1, 2023
> Commission Number 1262888

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2019, I electronically filed the foregoing Motion For Admission of Charles Weiner Pro Hac Vice with the Clerk of the Court using the CM/ECF system and have further mailed the foregoing to the following:

Shelly Z. Green, Esquire
General Counsel and Director of Legal Services
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104

_____/s/_____
Kevin M. O'Brien