UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELECTRONIC FILING ORDER

All documents in this case will be filed electronically. Documents filed electronically must be filed in OCR text searchable PDF format. Counsel are reminded that they must comply with the requirements set forth in the District Court's CM/ECF Policies and Procedures Manual.

Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide Chambers with one paper copy of the following e-filed documents:

All pleadings (including briefs and exhibits) supporting or opposing the following:

a.  Applications for temporary restraining orders, preliminary injunctions or prejudgment remedies;

b.  Motions to dismiss or for summary judgment;

c.  Trial briefs, including proposed findings of fact and conclusions of law; and

d.  Any other filing that exceeds 15 pages.

      /s/ Robert N. Chatigny
Senior United States District Judge