

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Charles Weiner, Esq.

**DATE OF ADMISSION**

*November 10, 1988*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: December 6, 2019

John W. Person Jr., Esq.
Deputy Prothonotary