UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EMILY BEHLING,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>    Defendant. | Case No. 3:19-cv-01732 |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Emily Behling hereby dismisses this action with prejudice, with each party to bear its own costs and expenses, including attorneys' fees.

This the 14 day of January 2020.

    s/ Kevin M. O'Brien
    Kevin M. O'Brien
    O'Brien Law
    202 West Center Street
    Manchester, CT 06040
    Telephone: (860) 646-3500
    kmobrien@obrienlawct.com

    Charles Weiner
    Law Offices of Charles Weiner
    Cambria Corporate Center
    501 Cambria Avenue
    Bensalem, PA 19020
    Telephone: 267-685-6311
    charles@charlesweinerlaw.com

    Counsel for Plaintiff