## **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2020, I electronically filed the foregoing Notice of Dismissal with the Clerk of the Court using the CM/ECF system and have further emailed the foregoing to the following counsel for Defendant:

Robert Burgoyne, Esquire
Perkins Coie
700 13th Street, NW
Washington, D.C. 20005
RBurgoyne@perkinscoie.com


　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　Charles Weiner